IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EDWARD ALBERS and
TAMMY M. NUNLEY,

    Plaintiffs,

v.                                                    Civ. No. 11-092 WPJ/KBM

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the Defendant's timely-filed objections [Doc. 24] to the Magistrate Judge's Report and Recommendation [Doc. 23]. The Court has reviewed the parties' submissions, the Magistrate Judge's Report and Recommendation, and the objections thereto and finds that the objections are not well-taken and that the Magistrate Judge's Report and Recommendation shall be adopted by the Court.

IT IS THEREFORE ORDERED that the Defendant's Motion to Dismiss Petition for Writ of Mandamus in Lieu of Response/Answer [Doc. 16] is denied;

IT IS FURTHER ORDERED that Defendant shall have ten (10) days to file his Response/Answer to the Petition for Writ of Mandamus [Doc. 1].

IT IS SO ORDERED.

_____
William P. Johnson
United States District Judge